UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TERRY LEE MORRIS,**

 Plaintiff,

v.                No. 4:22-cv-0102-P

**BOBBY LUMPKIN ET AL.,**

 Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

 The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 9. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

 As of the date of this Order, Plaintiff Terry Lee Morris has failed to file proof of service upon each defendant as required by Federal Rule of Civil Procedure 4(m). Thus, in accordance with the court's warning that such a failure would result in dismissal, the Court **ORDERS** that this case is **DISMISSED without prejudice.**

 **SO ORDERED** on this **2nd day** of **June, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE